■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID A. SMITH, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County (Tisch, J.), rendered May 12, 1984, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The sole claim of error on this appeal has not been preserved for review as a matter of law *(see, People v Nuccie,* 57

NY2d 818; *People v Liccione,* 50 NY2d 850), and in view of the overwhelming evidence of defendant's guilt, we decline to exercise our interest of justice jurisdiction. Bracken, J. P., Weinstein, Kunzeman and Kooper, JJ., concur.